# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **DENISSE LEBRON ORTIZ**<br>SSN xxx-xx-3574<br><br>Debtor(s) | CASE NO: **20-00318-ESL**<br><br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **01/28/2020**　　　　　　　　First Meeting Date: **03/04/2020 at 1:00PM**

Days From Petition Date: **36**　　　　　　　　　　341 Meeting Date: **03/04/2020 at 1:00PM**

910 Days Before Petition: **08/01/2017**　　　　　　Confirmation Hearing Date: **04/01/2020 at 2:00PM**

Chapter 13 Plan Date: **01/28/2020** ☐ Amended　　Plan Base: **$9,000.00**　Plan Docket #**3**

This is Debtor(s) 1 Bankruptcy petition.　　　　　This is the 1 scheduled meeting.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:　　Total Paid In: **$0.00**

Check/MO# 3435

Date: 3/2/2020　Amount: $ 150.00

---

*APPEREANCES:　☐ Telephone　　☐ Video Conference

Debtor: ☒ Present ☐ Absent ☒ ID & Soc. OK　　　Joint Debtor: ☐ Present ☐ Absent　☐ ID & Soc. OK

☒ Examined　☐ Not Examined under Oath　　　☐ Examined　☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present　☒ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☒ Creditor(s) Present　　　　☐ None

FirstBank -- Romero

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**　　Paid Pre-Petition: **$132.00**　　Outstanding (Through the Plan): **$3,868.00**

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☒ Under Median Income 36 months　☐ Above Median Income 60 months §1325(b)(1)(B)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Projected Disposable Income: $ _____

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ 0.00     Estimated Priority Debt: $ _____

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00

The Trustee:     ☐ NOT OBJECTS     ☑ OBJECTS     Plan Confirmation     Gen. Uns. Approx. Dist.: 11 %

§341 Meeting     ☐ CONTINUED     ☐ NOT HELD     ☑ CLOSED     ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for:_____

Comments:
_____
_____

*CREDITOR(S) ORAL OBJECTIONS [LBR 3015-2 (c)(4)]
-No objections

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(5)] Plan fails to comply with required treatment of allowed Secured Claims.

Plan fails to provide for secured debt with SBA.

/s/ Jose R. Carrion, Esq.          Meeting Date: Mar 04, 2020
        Trustee

/s/ Alexandra Rodriguez, Esq., Presiding Officer

Last Docket Verified: 9     Last Claim Verified: 5